1  Joseph Lavi, Esq. (State Bar No. 209776)
   jlavi@lelawfirm.com
2  Jordan D. Bello, Esq. (State Bar No. 243190)
   Jbello@lelawfirm.com
3  **LAVI & EBRAHIMIAN, LLP**
   8889 W. Olympic Blvd., Suite 200
4  Beverly Hills, California 90211
   Telephone (310) 432-0000
5  Facsimile (310) 432-0001

```
                    FILED
         CLERK, U.S. DISTRICT COURT

              NOV 26 2014

         CENTRAL DISTRICT OF CALIFORNIA
         BY                      DEPUTY
```

6  Attorneys for PLAINTIFF FELIPE ALVAREZ and others similarly situated

7  Margaret Rosenthal, Esq.
   mrosenthal@bakerlaw.com
8  Jeffrey Williams, Esq.
   jwilliams@bakerlaw.com
9  Gregory Mersol, Esq.
   gmersol@bakerlaw.com
10 Sabrina Shadi, Esq.
   sshadi@bakerlaw.com
11 **BAKER & HOSTETLER, LLP**
   12100 Wilshire Blvd., 15th Floor
12 Los Angeles, California 90025
   Telephone (310) 820-8800
13 Facsimile (310) 820-8859

14 Attorneys for Defendants YRC INC. (d/b/a YRC FREIGHT),YRC WORLDWIDE
   INC., and YELLOW ROADWAY CORPORATION (n/k/a YRC WORLDWIDE
15 INC.)

16

17              **UNITED STATES DISTRICT COURT**

18              **CENTRAL DISTRICT OF CALIFORNIA**

19 FELIPE ALVAREZ, on behalf of himself )  Case No.: CV 12-01374-BRO-E
   and others similarly situated.        )
20                                        )
                                          )  Assigned to Hon. Beverly Reid
21          Plaintiff,                    )  O'Connell
                                          )
22    vs.                                 )
                                          )  **CLASS ACTION**
23 YRC, INC.; YRC WORLDWIDE, INC.;        )
   YELLOW ROADWAY                         )  [PROPOSED] ORDER  GRANTING
24 CORPORATION; and DOES 1 to 100,        )  **JOINT STIPULATION FOR**
   Inclusive.                             )  **PROTECTIVE ORDER**
25                                        )  **REGARDING CONFIDENTIALITY**
                                          )  **FOR THE PURPOSES OF**
26          Defendants.                   )  **MEDIATION**
                                          )
27                                        )
                                          )
28 _____    )

## ORDER

Upon a review of the above stipulation of the parties, it is hereby ordered that the Stipulation for Protective Order is GRANTED.

**SO ORDERED:**

Dated: _11/26/14_

_____
Hon. Charles F. Eick

[PROPOSED] ORDER REGARDING JOINT STIPULATION FOR PROTECTIVE ORDER
REGARDING CONFIDENTIALITY FOR THE PURPOSES OF MEDIATION, CASE NO. CV-12-01374-BRO-E

2